IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT TAYLOR, #216804, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:03cv1016-WHA |
| | ) | (WO) |
| NAPHCARE, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 30, 2006, said Recommendation is hereby adopted.

Done this 19th day of July, 2006.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE