IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KURT TAYLOR, #216804, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:03cv1016-WHA |
| | ) | (WO) |
| NAPHCARE, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED as follows:

1. Plaintiff's claims which arose prior to October 8, 2001 are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) as such claims are not filed within the time prescribed by the applicable statute of limitations;

2. Plaintiff's complaint against Defendants Turner and Sanders are DISMISSED without prejudice for failure to perfect service on these individuals;

3. Defendants' motions for summary judgment (Doc. Nos. 29, 33, 36, 115) are GRANTED.

4. Judgment is ENTERED in favor of defendants against plaintiff;

5. The costs of this proceeding are TAXED against plaintiff for which execution may issue; and

6. This case is DISMISSED with prejudice.

Done this 19th day of July, 2006.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE